**FILED**
U S DISTRICT COURT
MIDDLE DISTRICT OF TENN

SEP 2 3 2009


DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:09-00227 |
| | : | |
| v. | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924 |
| BRIAN DAVID BRUMBACH | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

On or about May 23, 2009, in the Middle District of Tennessee, **BRIAN DAVID BRUMBACH**, having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Rossi, Model 68, .38 caliber revolver.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

███████████████████

FOREPERSON

*Edward M. Yarbrough*
EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

TOM KENT
ASSISTANT UNITED STATES ATTORNEY