UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIAN DAVID BRUMBACH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

Criminal Case Number 09-00227
Civil Case Number 16-00776
Honorable David M. Lawson

## **ORDER REINSTATING JUDGMENT OF SENTENCE**

On April 4, 2018, the Court granted the petitioner's motion to vacate his sentence, and on June 26, 2018, after further proceedings, the Court entered an amended judgment of sentence. The government appealed. However, on July 11, 2019, the Sixth Circuit Court of Appeals reversed the decision of this Court granting the petitioner's motion to vacate his sentence and remanded the case with instructions to reinstate the original sentence.

Accordingly, it is **ORDERED** that the amended judgment of sentence (No. 09-00227, ECF No. 95) is **VACATED**, and the original judgment of sentence (No. 09-00227, ECF No. 88) is **REINSTATED**.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge
    Sitting by special designation

Date: August 6, 2019